JULIUS WILLSEN, as Administrator of the Estate of LAWRENCE WILLSEN, Deceased, Appellant, *v.* METROPOLITAN STREET RAILWAY COMPANY, Respondent.

Reported below, 95 App. Div. 388.
(Argued May 29, 1905; decided June 6, 1905.)

MOTION for leave to withdraw an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 23, 1904, reversing a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

The motion was made upon the ground that the order of reversal failed to state that such reversal was solely upon questions of law and the appellant herein had been unable to have such order amended.

*William McArthur* for motion.

*Bayard H. Ames* and *Henry A. Robinson* opposed.

Motion granted on payment of costs in this court accrued to date, without costs of motion.